in the first degree and four counts of armed criminal action in one case, and three counts of burglary in the second degree and three counts of felony stealing in another case, Jackson reached a plea agreement with the State where, in exchange for his guilty plea to all counts, the State agreed to a maximum sentence of twenty-five years. Jackson was subsequently sentenced by the circuit court to seven years imprisonment for all burglary and stealing convictions and seventeen years imprisonment for all robbery and armed criminal action convictions, sentences to be served concurrently. On appeal, Jackson alleges that he received ineffective assistance of counsel at sentencing. For reasons explained in a memorandum provided to the parties, we find no error and affirm.[1] Rule 84.16(b).

Before Division Three: JAMES M. SMART, Presiding Judge, VICTOR C. HOWARD and JAMES E. Welsh, Judge.

## ORDER

PER CURIAM:

Greg Laucks appeals his conviction for the class B misdemeanor sexual misconduct in the second degree and sentence of two days in the county jail and $300 fine. He claims that the evidence was insufficient to establish beyond a reasonable doubt that he knew that his conduct was likely to cause affront or alarm. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment of conviction is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Greg G. LAUCKS, Appellant.**

No. WD 73574.

Missouri Court of Appeals, Western District.

Feb. 28, 2012.

Scott C. Hamilton, for Appellant.

Kristen L. Ellis, for Respondent.

**STATE of Missouri, Respondent,**

v.

**Joseph L. LOUCKS, Appellant.**

No. WD 73686.

Missouri Court of Appeals, Western District.

Feb. 28, 2012.

William J. Swift, Columbia, MO, for appellant.

1. The State argues that we should dismiss this appeal due to Jackson's untimely filing of his notice of appeal. We find that Jackson's notice was timely filed and, therefore, deny the State's request for dismissal.